*Pro Se 4 2022*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| Evan E Briggs, Plaintiff(s), v. Kevin McCarthy The "Freedom Caucus", Defendant(s). | CASE NO. 3:23-cv-05200-RJB [to be filled in by Clerk's Office] COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT (28 U.S.C. § 1332; Diversity of Citizenship) Jury Trial: ☐ Yes ☑ No |
|---|---|

**I.   THE PARTIES TO THIS COMPLAINT**

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Evan Briggs |
| Street Address | 105 Anoka 6 |
| City and County | Bremerton, Kitsap |
| State and Zip Code | WA, 98337 |
| Telephone Number | 725-222-3826 |

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 1

*Pro Se 4 2022*

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Kevin McCarthy |
| Job or Title *(if known)* | Speaker of the House |
| Street Address | 4100 Empire Drive Suite 150 |
| City and County | Bakersfield, Kern |
| State and Zip Code | CA, 93309 |
| Telephone Number | (661) 327-3611 |

Defendant No. 2

| | |
|---|---|
| Name | The "Freedom Caucus" |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT - 2

*Pro Se 4 2022*

    Defendant No. 4

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (select all that apply)

☑ Federal question  ☐ Diversity of citizenship:
   If checked complete section A.     If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

```
41 U.S. Code § 6503
US Constitution, Deprivation of Property, 14th amdmt.
```

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 3

B.     If the Basis for Jurisdiction Is Diversity of Citizenship

      1.     The Plaintiff(s)

        a.   If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.   If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

      2.     The Defendant(s)

        a.   If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.   If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 4

*Pro Se 4 2022*

## III. THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*). *Attach additional pages if needed*:

> Because if Kevin McCarthy refuses to pay the nations debts, then that means I dont have to pay my student loan debt that would otherwise be subject to relief in the amount of $14,300 and in addition, the value of US Savings bonds in the approximate value of $5,300, real or otherwise speculative harm would cause me to 'lose money' as cited in Biden v Nebraska before the US Supreme Court.

## IV. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The plaintiff, (*name*) **Evan E Briggs**, and the defendant, (*name*) **Kevin McCarthy**, made an agreement or contract on (*date*) **January 7**. The agreement or contract was (*oral or written*) **both**. Under that agreement or contract, the parties were required to (*specify what the agreement or contract required each party to do*). Attach additional pages if needed.

> That he would faithfully execute the oath of office which he took as a sitting member of congress.

The defendant failed to comply because (*specify what the defendant did or failed to do that failed to comply with what the agreement or contract required*). Attach additional pages if needed.

> Because the 'Freedom Caucus', with the approval of Kevin McCarthy, released a letter threatening to not pay its debt to me.

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 5

*Pro Se 4 2022*

The plaintiff has complied with the plaintiff's obligations under the contract.

## V.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

Im asking for fedederal student loan debt relief in the amount of $14,300 as a Pell Grant recipient, in addition, approx. $5,300 in US Savings bonds due payayble in later 2023.

## VI.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/10/2023

Signature of Plaintiff: *Evan Briggs*

Printed Name of Plaintiff: Evan E Briggs

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT - 6

*Pro Se 4 2022*

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____


Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT - 7